

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | EASTERN DISTRICT TEXAS |
|---|---|---|
| Name (under which you were convicted): SHEMA GAITHER | | Docket or Case No.: 4:17CR00198-006 |
| Place of Confinement: Federal Prison Camp-Alderson, WV | | Prisoner No.: 34380-057 |
| UNITED STATES OF AMERICA   v.   SHEMA GAITHER | | Movant (include name under which you were convicted) |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court
   101 Pecan Street - 1st Floor
   Sherman, Texas 75090

   (b) Criminal docket or case number (if you know): 4:17-CR-00198-006

2. (a) Date of the judgment of conviction (if you know): UNKNOWN

   (b) Date of sentencing: February 1, 2019

3. Length of sentence: 108 months, followed by 2 years of supervision

4. Nature of crime (all counts): Violation of 26 USC 846 & 841 (B)(1)(A) Conspiracy to possess with the intent to distribute Cocaine

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

   N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  N/A Yes ☐   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
   (a) Name of court:
   (b) Docket or case number (if you know):            N/A
   (c) Result:
   (d) Date of result (if you know):
   (e) Citation to the case (if you know):
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒ x
       If "Yes," answer the following:
       (1) Docket or case number (if you know):
                                                        N/A
       (2) Result:

       (3) Date of result (if you know):
       (4) Citation to the case (if you know):         N/A
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No x ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
                                           N/A
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

Page 4

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

N/A

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

N/A

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Violation of Movant 5th Amendment right to due process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant was sentenced to an inaccurate starting base offense level in which the probation office's recommendation was in complete opposition to Statute and the Court adopted the erroneous calculation, depriving movant of her right to due process.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Did not directly appeal sentence or proceedings.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒                N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐  N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐  N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:  N/A

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A


**GROUND TWO:** Violation of movant's 6th Amendment right to effective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective when, as the professional did not ensure that movant's starting offense level was calculated accurately. Movant was prejudiced by counsel by not acting in a "reasonabably proffessional manner" to ensure that movant advisory Guideline starting range was accurate. Counsel was ineffective when counsel did not "invoke" the extended Safety Valve provision pursuant to the First Step Act of 2018. Movant's sentencing date was "AFTER" the enactment of the First Step Act. Counsel advised movant that the First Step Act was still pending (needed to be signed). The First Step Act was signed into law on Dec. 21, 2018.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐   N/A

(2) If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:** Did not do a direct appeal

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

N/A

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:       N/A

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?   N/A

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

GROUND THREE: Sentencing Court committed Plain error when it sentenced movant to inaccurate (advisory) sentencing range.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The court sentenced movant to an inaccurate sentencing Guideline range when it sentenced movant utilizing an inaccurate base offense level and not applying the "expanded" Safety Valve pursuant to the First Step Act of 2018 in which movant qualified for.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒X

(2) If you did not raise this issue in your direct appeal, explain why:

Did not direct Appeal sentence

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☐X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):

Date of the court's decision:         N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐    N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐    N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐    N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):    N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

**GROUND FOUR:** Movant has been sentenced in violation of her 10th and 14th Amendment right when she was sentenced to an "erroneous" drug quantity amount in opposition to law.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Movant was sentenced to a quantity of drug(s) that were not a part of what she should have been sentenced to. Pursant to the First Step Act of 2018, 841 & 846 plea agreement are based on the defendant's "actual" drug amount that the defendant has in their posession. Not an arbitrary amount contributed by the prosecution.

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❏   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:

Movant did not do a direct appeal

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❏   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❏   No ❏

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❏   No ❏

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❏   No ❏

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Unknown-see docket

(b) At arraignment and plea:   See Docket

(c) At trial:   N/A

(d) At sentencing:   See Docket

Page 12

(e) On appeal:          N/A

(f) In any post-conviction proceeding:

         Pro-se

(g) On appeal from any ruling against you in a post-conviction proceeding:

         Pro-se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

         N/A

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

         N/A

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

                                              N/A
,Movant's motion is timely.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate current term of incarceration and correct to reflect term of incarceration pursuant to Base level starting at 30 and applying the Safety Valve (cat.I) Criminal History -Total advisory range of 33-41 months of incarceration. or any other relief to which movant may be entitled.

_____  N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  Jan 7, 2020  (date).

_____ *[signature]*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

N/A